1   MANPREET SINGH GAHRA, ESQ. (CA BAR NO. 194617)
    LAW OFFICE OF MANPREET SINGH GAHRA
2   P.O. BOX 12094
    BERKELEY, CA 94712
3   PHONE: (510) 841-4582                     E-filing
    FAX:  (510) 217-6847
4   E-MAIL: manpreet@gahralaw.com

5
    ATTORNEY FOR PLAINTIFF, ABDUL KAREEM SHAIK BAREED
6

FILED

MAY 16 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7       **U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

              **SAN FRANCISCO, CALIFORNIA**
8

9
    Abdul Kareem Shaik BAREED (A# 78-662-
10
    334),                                    COMPLAINT FOR WRIT OF
11                                           MANDAMUS (IMMIGRATION CASE)

12              Plaintiff,

13          vs.

14  MICHAEL MUKASEY, Attorney General of

    the United States; MICHAEL CHERTOFF,
15
    Secretary, Department of Homeland Security;
16
    EMILIO GONZALEZ, Director, U.S.
17
    Citizenship and Immigration Services;
18
    EVELYN UPCHURCH, Director, Texas
19
    Service Center, U.S. Citizenship and
20
    Immigration Services;
21
                Defendants
22

23

24

25  **To the Honorable Judges of Said Court:**

       Plaintiff, Abdul Kareem Shaik Bareed, through undersigned counsel, alleges as follows:

MANDAMUS - 1

**INTRODUCTION**

1.    This is a civil action brought pursuant to 28 U.S.C. §§ 1331 and 1361, 5 U.S.C. §§ 555(b) and 701 *et. seq.*, and 28 U.S.C. § 2201 *et. seq.*, to redress the deprivation of rights, privileges and immunities secured to Plaintiff by law and to compel Defendants to perform a duty Defendants owe to Plaintiff, the performance of which has been unlawfully withheld and unreasonably delayed.

2.    This action is brought to compel Defendants and those acting under them to adjudicate Plaintiff's Application to Adjust Status, Form I-485, which has been pending since May 17, 2002, because Defendants have unlawfully withheld and unreasonably delayed action on said Application to Plaintiff's detriment.

**PARTIES**

3.    Plaintiff is a 40-year-old male native and citizen of India who was granted asylum in the United States on March 28, 2001 by Immigration Judge (I J) Lawrence N. DiCostanzo . As an asylee, he applied on May 17, 2002, to become a lawful permanent resident of the United States by filing an Application to Adjust Status on Form I-485 (hereinafter "adjustment application") with the United States Citizenship and Immigration Services ("USCIS") pursuant to section 209(b) of the Immigration and Nationality Act ("INA" or "Act")) and the federal regulations at 8 C.F.R. §§ 209.2 and 1209.2.  INA §§ 208, 209(b) [8 U.S.C. §§ 1158, 1159(b)]; 8 C.F.R. § 209.2 [2007]; 8 C.F.R. § 1209.2 [2007]. His application was transferred to the USCIS Texas Service Center on August 25, 2005. He is still waiting for Defendants to make a decision on his Adjustment Application.

4.    Defendants are charged by law with the statutory obligation to adjudicate asylee-based adjustment applications.  See INA §§ 103, 208, & 209 [8 U.S.C. §§ 1103, 1158, & 1159]; 8

C.F.R. §§ 209.2, 1209.2

5.      Defendant, Michael Mukasey, Attorney General of the U.S., is charged generally with the authority to implement the INA, including INA section 209(a) [8 U.S.C. § 1159], which governs the adjustment of asylees to permanent residents of the U.S.. *See also INA § 103(g) [8 U.S.C. § 1103].*

6.      Defendant Michael Chertoff is the Secretary of the Department of Homeland Security of the United States (the "Secretary"), and this action is brought against him in his official capacity. He is generally charged with enforcement of the INA, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. *INA § 103(a) [8 U.S.C. § 1103(a)].* More specifically, the Secretary is responsible for the adjudication of applications for adjustment of status filed pursuant to INA § 209 [8 U.S.C. § 1159]. The USCIS is an agency within the Department of Homeland Security to whom the Secretary's authority has in part been delegated, and is subject to the Secretary's supervision.

7.      Defendant Emilio Gonzalez is the Director of the USCIS, and is generally charged with the administration of the benefits governed by the INA. *INA § 103; 8 U.S.C. § 1103.*

8.      Defendant Evelyn Upchurch is the Director of the USCIS Texas Service Center, (the "TSC") generally charged with supervisory authority over all operations of the TSC, the USCIS service center which currently has jurisdiction over Plaintiff's Adjustment Application.

9.      Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1361, 5 U.S.C. § 701 *et seq.*, and 28 U.S.C. § 2201 *et seq.*. Relief is requested pursuant to said statutes.

10.     Venue is proper under 28 U.S.C. §1391(e) as a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this District while Plaintiff was residing in Vallejo, CA.

There is no real property involved in this action.

## FACTS

11.    Plaintiff was granted asylum in the United States by Immigration Judge Lawrence N. DiCostanzo in San Francisco Asylum Office on March 28, 2001.  *See* Ex. 1.

12.    On May 17, 2002, Plaintiff filed his I-485 adjustment application with the USCIS's legacy U.S. Immigration Naturalization Service Nebraska Service Center (NSC).  *See* Ex. 2 (note "received date").  Under INA section 209(b), persons who are in asylee status and have been continuously present in the U.S. for at least one year after being granted asylum are eligible to apply for permanent residency.  *See INA § 209(b) [8 U.S.C. 1159(b)].*    When Plaintiff filed his adjustment application on May 17, 2002, he was eligible to become a permanent resident as he had already been continuously present in the U.S. in asylee status for more than a year.

13.    After filing his adjustment application, Plaintiff complied with all instructions and notices issued to him thereafter.  He was fingerprinted on July 1, 2004 at the USCIS Application Support Center ("ASC") in Oxnard, California. *See* Ex. 2

14.    On August 2005, Plaintiff received a Notice of Action dated August 25, 2005 stating that his case had been transferred from the NSC to the Texas Service Center (TSC).  *See* Ex. 3.

15.    Thereafter, Plaintiff received a request for initial evidence from TSC dated September 20, 2005, requesting him to submit his medical examination and updated Form G-325A, with which he complied by sending the requested evidence. It was received by the USCIS on December 28, 2005. *See* Exs. 4, 5.

16.    The Plaintiff was again fingerprinted on November 17, 2005 at ASC, Santa Rosa,

California. *See* Ex. 6.

17.    Plaintiff inquired about the status of his adjustment application with the USCIS National Customer Service Center by telephone on October 16, 2006. In response, the USCIS, Texas Service Center advised him, in writing, on November 15, 2006 that his adjustment application was not ready for a decision, as the background investigation remained open. They further advised him that they will make every effort to make a decision on his case as soon as the background checks are completed. *See* Ex. 7.

18.    On December 12, 2006, Plaintiff inquired, in writing, at the USCIS Office in Mesquite, TX, about the reason why his background checks remained open and offered to give another set of fingerprints in order to expedite the matter. *See* Ex. 8.

19.    The plaintiff called the immigration officers in San Francisco and Sacramento on January 2007 and March 2007 respectively, and was told that the officers couldn't say why the case took so long to process. They however, advised the Plaintiff to call often. *See* Ex. 11

20.    On April 25, 2007, the plaintiff again spoke to a customer service officer and was told that she was going to send a service request about the plaintiff's case and gave him a reference number. *Id.*

21.    In response to a query by the plaintiff, on May 30, 2007, the USCIS, on June 8, 2007, advised, in writing, that additional review needed to be performed on his case, which caused a longer processing time. They further informed him that if he did not receive a decision on his case within 6 months he should again contact the customer service center. *See* Ex. 9.

22.    On May 2, 2007, the Plaintiff contacted the USCIS, and was told in a written reply on June 25, 2007, that they were actively processing this case and that they needed to perform some

additional review on the case, which caused the longer processing time. They further advised him that if he did not receive a decision on his case within 3 months, he should again contact the customer service center. *See* Ex. 10

23.    On May 28, 2007, more than five years after filing the application for change of status, the plaintiff once more spoke to a customer service officer to follow up on the request that was sent on April 25, 2007, and was given another reference number. *See* Ex. 11.

24.    On June 8, 2007, the Plaintiff spoke to a customer service representative at the USCIS, and was advised to fax a letter to the USCIS, to the attention Ms. Evelyn Upchurch, Director of the USCIS Texas Service Center, with a whole history of his case. *Id.*

25.    On June 11, 2007, The Plaintiff faxed the above mentioned letter to the USCIS, Texas, citing the numerous attempts he had made to get information on his case. *Id.*

26.    On June 13, 2007, Plaintiff, through his attorney, wrote a letter to the USCIS, Texas Service Center requesting an adjudication of status on his pending application. *See* Ex. 12. Neither Plaintiff nor his attorney received a response to this letter.

27.    Plaintiff re-filed another I- 485, the notice of receipt for which was dated July 10, 2007. *See* Ex. 13.

28.    On August 23, 2007, Plaintiff was fingerprinted a third time by USCIS in connection with his adjustment application. *See* Ex. 14.

29.    On August 27, 2007, Plaintiff once again inquired about the status of his adjustment application with the USCIS National Customer Service Center by telephone. In response, the USCIS, Texas Service Center advised him, in writing, on October 6, 2007, that the processing of his case has been delayed, and the case is not ready for a decision, as the required investigation

into the background remains open. They further informed him that if he did not receive a decision on his case within 6 months he should again contact the customer service center. *See* Ex. 15.

30.     On October 9, 2007, the Plaintiff wrote to the USCIS, mentioning the discrepancies in the responses received from the USCIS, giving varying processing times for his case, ranging from 3 months to 6 months. He requested the needful action in his case to move it forward. *See* Ex. 16

31.     On November 2, 2007, the Plaintiff filed a case problem submission worksheet with the office of the USCIS Ombudsman, who acknowledged the receipt on November 20, 2007. On February 26, 2008, the USCIS Ombudsman office responded to the inquiry and mentioned that a case search had been done by their office for the Plaintiff's case. They further mentioned that they checked with the USCIS Texas and were **informed that the background checks were cleared, and that the case currently was under pre-decisional review by a District Adjudication Officer with the Texas Service Center.** Plaintiff was also advised they were actively pursuing a resolution of his case but that no date could be given for the completion of this review. *See* Ex. 17, 18, 19.

32.     A case status search on the USCIS website on November 11, 2007, mentioned that having received a response to the request for evidence on December 21, 2006, the case processing has resumed. *See Ex. 20*. It also mentions that "you should expect to receive a written decision or written update within 60 days of the date we received your response....", neither of which was ever received. *Id.*

33.     On March 27, 2008, the Plaintiff faxed another letter to the USCIS, Texas Service Center, mentioning the agony that the delay and the lack of response from USCIS was causing

the Plaintiff, and requesting them to respond to his service requests placed on January 7, 2008, and March 12, 2008 with the USCIS. *See* Ex. 21

34.    On March 28, 2008 the Plaintiff e-mailed another letter mentioning all his efforts to get a response and an adjudication on his case, and offering to send in any additional paperwork that would expedite the proceedings. *See* Ex. 22.

35.    On March 31, 2008, the Petitioner received an e-mail reply to his last inquiry, which merely said "Your case is pending security checks". *See* Ex. 23.

36.    The Petitioner replied to the above-mentioned e-mail on March 31, 2008, and mentioned that he was advised by a customer service representative on January 8, 2008 that his background checks had been cleared, and asked why the security checks were still pending, in light of the cleared background checks. *See* Ex. 24.

37.    On March 31, 2008, the Petitioner received an e- mail reply which said "As previously stated, your case is pending; should additional information be required, you will be notified via mail." No reason was given for the delay, and no estimated time of processing was provided. *See* Ex. 25.

38.    The Petitioner subsequently retained the counsel of the undersigned, and on April 12, 2008, through counsel, sent a letter to the USCIS. In the letter, USCIS was afforded 14 days from the receipt of the letter to adjudicate his adjustment application, failing which it was made clear that Plaintiff would file a writ of mandamus. *See* Ex. 26.

39.    The USCIS responded on April 23, 2008 stating that the case status is that the processing of the Petitioner's case has been delayed and that the case is not yet ready for decision, as the required investigation into the background remained open. They further advised the petitioner

that if he did not get a decision in 6 months, then he should contact the USCIS with the reference number provided. *See* Ex. 27.

40.    It has been over a month since the receipt of the letter by the USCIS, and yet to date USCIS has not adjudicated Plaintiff's adjustment application, but has merely given him yet another six month time period to wait for a decision.

41.    According to the most current processing times report, the USCIS Texas Service Center is presently adjudicating asylee-based I-485 Applications for Adjustment of Status with a receipt date of June 25, 2007. *See* Ex. 28.    Plaintiff's Adjustment Application was filed five years before June 25, 2007, and it still has not been adjudicated.

## CLAIMS

42.    Plaintiff is an asylee who is eligible to adjust his status to that of a lawful permanent resident pursuant to INA section 209 *[8 U.S.C. § 1159]* and the Defendants' own regulations at 8 C.F.R. sections 209.2 and 1209.2.    Section 209(b) of the INA states:

> The Secretary of Homeland Security or the Attorney General, in the Secretary's or the Attorney General's discretion and under such regulations as the Secretary or the Attorney General may prescribe, may adjust to the status of an alien lawfully admitted for permanent residence the status of any alien granted asylum who (1) applies for such adjustment, (2) has been physically present in the United States for at least one year after being granted asylum, (3) continues to be a refugee within the meaning of section 101(a)(42)(A) *[8 USCS § 1101(a)(42)(A)]* or a spouse or child of such a refugee, (4) is not firmly resettled in any foreign country, and (5) is admissible (except as otherwise provided under subsection (c)) as an immigrant under this Act at the time of examination for adjustment of such alien.

*INA § 209(b) [8 U.S.C. 1159(b)].*    INA section 209(b) has been implemented through regulations at 8 C.F.R. § 209.2.    These regulations require the USCIS to notify an applicant of a decision on

his or her application, and if the application is denied, of the reasons for denial. *8 C.F.R. §* *209.2(f).*

43.    Despite their obligations under the law and regulations, Defendants have willfully and unreasonably delayed and refused adjudication of Plaintiff's adjustment application, thereby depriving the Plaintiff of the benefit of becoming a permanent resident of the United States pursuant to INA section 209(b).    As explained above, Plaintiff applied to become a lawful permanent resident in May, 2002 (Ex. 2), yet **six years later** Defendants have yet to give Plaintiff any decision on his adjustment application.

44.    On February 26, 2008, USCIS stated that his backgrounds checks had been cleared and that his case was currently under Pre-Decisional review by a District Adjudication Officer with the TSC. *See* Ex. 19.  Then a month later, on March 31, 2008, the TSC stated in an e-mail to Plaintiff that his case is still pending security checks. *See* Ex. 23.  When Plaintiff responded to the e-mail asking how can his security checks still be pending when USCIS had just recently informed him that they had already been cleared, TSC provided a non-responsive answer that "as previously stated, your case is pending." *See* Exx. 24, 25.  On April 23, 2008, USCIS responded "[t]he processing of your case has been delayed … [a] check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open."  This response is a **blatant contradiction** of what USCIS had stated just two months before, namely, that Plaintiff's background check was cleared and his case was now in Pre-Decisional Review by an District Adjudication Officer at the TSC who was actively pursuing resolution of his case.    Defendants' glaring contradiction is on its face unreasonable, arbitrary, and capricious.

for evidence on December 21, 2006, the case processing has resumed. *See Ex. 29*. It also mentions that "you should expect to receive a written decision or written update within 60 days of the date we received your response....", neither of which was received. This once again raises concerns as to the reasons for USCIS' failure to adjudicate Plaintiff's adjustment application and seriously calls into question the agency's efficiency. The long, arbitrary, and unreasonable delay and uncertain status of his adjustment application is a cause of undue anxiety to Plaintiff. Plaintiff has been denied the benefits and stability of lawful permanent residency for six years.

48.     That this delay in the adjudication of Plaintiff's adjustment application is unconscionable, arbitrary, and capricious is further evidenced by the fact that the most current processing times report for the TSC shows that it is currently adjudicating asylee-based adjustment applications filed on June 25, 2007. *See* Ex. 28. Plaintiff's Adjustment Application was filed in May 2002. *See* Ex. 2**. The adjudication of his application, therefore, is five years behind current TSC processing times.**

49.     Furthermore, Plaintiff has exhausted any administrative remedies that may exist. Plaintiff has requested the Defendants numerous times to promptly adjudicate his Adjustment Application through numerous phone calls, office visits, letters, e-mails and seeking the intervention of the office of the USCIS Ombudsman. *See* Exs. 7, 8, 9, 10, 11, 12, 17

50.     Pursuant to INA sections 103 [8 U.S.C. § 1103] and 209 [8 U.S.C. § 1159] and 8 C.F.R. sections 209.2 and 1209.2, as well as 28 U.S.C. § 1361, and 5 U.S.C. §§ 555(b) and 706(1), Defendants are charged with the responsibility to adjudicate applications for adjustment of status filed by asylees and owe Plaintiff a duty to adjudicate his adjustment application within a reasonable time, and have unreasonably failed to perform that duty within a reasonable time.

WHEREFORE, on the basis of the foregoing, Plaintiffs prays that the Court:

51.    Compel Defendants and those acting under them to perform their duty to adjudicate Plaintiff's adjustment application;

52.    Grant such other and further relief as this Court deems proper under the circumstances; and;

53.    Grant Attorney's fees and costs of Court to Plaintiffs under the Equal Access to Justice Act, *24 8 U.S.C. § 2412(d)*.

Date: May 13, 2008            Respectfully submitted

MANPREET SINGH GAHRA, ESQ.
LAW OFFICE OF MANPREET SINGH GAHRA
P.O. BOX 12094
BERKELEY, CA 94712

# Exhibit 1

IMMIGRATION COURT
550 KEARNY ST., SUITE 800
SAN FRANCISCO, CA 94108

In the Matter of                                    File No.: A 78·662·334

Abdul Kareem Shaik Pareed

Respondent                                    IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on ___March 28, 2001___.
This memorandum is solely for the convenience of the parties. If the proceedings should be appealed or
reopened, the oral decision will become the official opinion in the case.

[ ] The respondent was ordered removed from the United States to _____.
[ ] Respondent's application for voluntary departure was denied and respondent was ordered removed to
      _____ or in the alternative to _____
[ ] Respondent's application for voluntary departure was granted until _____
      upon posting a bond in the amount of $_____ with an alternative order of removal
      to_____
[X] Respondent's application for asylum was (X) granted ( ) denied ( ) withdrawn ( ) other.
[X] Respondent's application for withholding of removal was ( ) granted ( ) denied ( ) withdrawn (X) other.*
[ ] Respondent's application for cancellation of removal under section 240A(a) was ( ) granted ( ) denied
      ( ) withdrawn ( ) other.
[ ] Respondent's application for cancellation of removal under section 240A(b) was ( ) granted ( ) denied
      ( ) withdrawn ( ) other. If granted, it was ordered that the respondent be issued all appropriate
      documents necessary to give effect to this order.
[ ] Respondent's application for a waiver under section _____ of the INA was ( ) granted ( ) denied
      ( ) withdrawn ( ) other.
[ ] Respondent's application for adjustment of status under section _____ of the INA was
      ( ) granted ( ) denied ( ) withdrawn ( ) other. If granted, it was ordered that respondent be issued all
      appropriate documents necessary to give effect to this order.
[ ] Respondent's status was rescinded under section 246 of the INA.
[ ] Respondent is admitted to the United States as a _____ until _____.
[ ] As a condition of admission, respondent is to post a $_____ bond.
[ ] Respondent knowingly filed a frivolous asylum application after proper notice.
[ ] Respondent was advised of the limitation on discretionary relief for failure to appear as ordered in the
      Immigration Judge's oral decision.
[ ] Proceedings were terminated.
[X] Other:* not considered in view of grant under INA 208

Appeal Reserved/Waived by: A / I / B
Appeal due by:_____NONE_____

Date: March 28, 2001                    Lawrence N. DiCostanzo
                                        Immigration Judge

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL [ ]    PERSONAL SERVICE [✓]
TO:  [✓] ALIEN   [ ] ALIEN c/o Custodial Officer   [✓] ALIEN'S ATTY/REP   [✓] INS
DATE: 03·28·01    BY: COURT STAFF   LNGO   TJ
      Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other _____

# Exhibit 2

# THE UNITED STATES OF AMERICA

| Fingerprint Notification | | | NOTICE DATE<br>June 05, 2004 |
|---|---|---|---|
| CASE TYPE<br>I485    Application To Register Permanent Residence Or Adjust Status | | | INS A#<br>A 078 662 334 |
| APPLICATION NUMBER<br>FPS*002513563 | RECEIVED DATE<br>May 17, 2002 | PRIORITY DATE<br>May 17, 2002 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

ABDUL K BAREED
c/o CHARLES E NICHOL
LAW OFFICE OF CHARLES E NICHOL
350 SANSOME STREET SUITE 620
SAN FRANCISCO CA 94104

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER**<br>INS SANTA ROSA<br>1401 GUERNEVILLE RD<br>SUITE 100<br>SANTA ROSA CA 95403 | **DATE AND TIME OF APPOINTMENT**<br>07/01/2004<br>01:00 PM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

## REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:  ☐ Wednesday afternoon    ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS SANTA ROSA
1401 GUERNEVILLE RD
SUITE 100
SANTA ROSA CA 95403

If you have any questions regarding this notice, please call 1-800-375-5283.

RECEIVED 06/10/04

REPRESENTATIVE COPY

APPLICATION NUMBER
FPS*002513563

## WARNING!

Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.

Form I-797C (Rev. 00/07/00) N

# Exhibit 3

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER LIN-02-204-54078 | | CASE TYPE  I485    APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| RECEIPT DATE June 7, 2002 | PRIORITY DATE | APPLICANT  A78 662 334 BAREED, ABDUL K. |
| NOTICE DATE August 25, 2005 | PAGE 1 of 1 | |

ABDUL K. BAREED
714 MODOC STREET APT 3
VALLEJO CA 94591

Notice Type:  Transfer Notice

This is to advise you that in order to speed processing we have transferred the above case to the following INS office for processing:

    Texas Service Center, P. O. Box 851488 - Dept. A , Mesquite, TX 75185-1488

    Telephone: (214) 381-1423

That office will notify you of the decision made on the application or petition.  Any further inquiries should be made to that office.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 800-375-5283**



Form I-797C (Rev. 01/31/05) N

# Exhibit 4

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-02-204-54078 | | CASE TYPE   I485<br>APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| | | APPLICANT   A78 662 334<br>BAREED, ABDUL K |
| NOTICE DATE<br>SEPTEMBER 20, 2005 | PAGE<br>1 of 1 | PRINCIPAL<br>ALIEN |

 **COPY**

CHARLES NICHOL
LAW OFFICE OF CHAR
350 SANSOME STREET SUITE 620
SAN FRANCISCO CA 94104

**Notice Type:** Request for Evidence

APPLICANT A-NUMBER

## REQUEST FOR INITIAL EVIDENCE

This office is unable to complete the processing of your application without further information.  Please read and comply with the following, **then submit the requested evidence to the below address.  You must submit the information within twelve (12) weeks.  Failure to do so may result in the denial of your application.**  If you submitted the evidence being requested at the time of filing your Form I-485, please include a statement explaining this when submitting your response to this request.

### Your response must be received in this office by DECEMBER 20, 2005.

1. You must submit a completed medical examination form (Form I-693).  The medical examination must be conducted and completed by a designated civil surgeon.  To obtain names and telephone numbers of designated civil surgeons in your area, please call USCIS' National Customer Service Center at 1-800-375-5283.  You will be asked to provide your zip code.  Please have a pen or pencil ready to write down the list of civil surgeons in your area.

2. You must also submit a Supplemental Form to I-693, Adjustment of Status Applicant's Documentation of Immunization.  The civil surgeon must indicate the results of his/her analysis of your vaccine history in part three of the supplement as well as sign the supplement.  **A signature by a RN or PA is not acceptable.  Photocopies of Supplemental Form I-693 are not acceptable.**

3. You must submit an updated and properly **completed** Biographic Information Sheet, Form G-325A, for yourself (if you are age 14 or older).  Your **original** signature is required on the Form G-325A.  The form can be obtained by calling 1-800-870-3676 or can be downloaded from the USCIS website at the following address:  http://uscis.gov/graphics/formsfee/forms/index.htm

UP0423

You will be notified separately about any other cases you have filed.

CITIZENSHIP & IMMIGRATION SERVICE
TEXAS SERVICE CENTER
P.O. BOX 852381
MESQUITE, TEXAS 75185-2381
**Customer Service Telephone: (800) 375-5283**



RECEIPT NUMBER



# Exhibit 5

Windows Live™ Hotmail

# Case Status Information for Receipt Number: LIN022045407₈

From: **CRIS** (USCIS-SRMT@dhs.gov)
Sent: Wed 12/28/05 12:30 PM
To: shaikbareed@hotmail.com

*** DO NOT RESPOND TO THIS E-MAIL ***

The following is the latest information on your case status

Receipt Number: LIN0220454078

Application Type: I485 , Application to Register Permanent Residence or to Adjust Status

Current Status:

On December 28, 2005, we received your response to our request for evidence or information. It is taking between 850 and 900 days for us to process this kind of case. However because preliminary processing was complete, the remaining processing time will be less than the maximum stated in this message. You will receive a written decision on this case.

If you have questions or concerns about your application or the case status results listed above, or if you have not received a decision or advice from USCIS within the projected processing time frame*, please contact the National Customer Service Center.

National Customer Service Center (800) 375-5283.

*The projected processing time frame can be found on the receipt notice that you received from the USCIS.
*** Please do not respond to this e-mail message.

Sincerely,

The U.S. Citizenship and Immigration Services (USCIS)

# Exhibit 6

I-797, Noti

# THE UNITED STATES OF AMERICA

## ASC Appointment Notice

| CASE TYPE | | | NOTICE DATE |
|---|---|---|---|
| I485  Application to Register Permanent Resident or Adjust Status | | | 09/29/2005 |

| APPLICATION NUMBER | | SOCIAL SECURITY NUMBER | USCIS A# |
|---|---|---|---|
| LIN0220454078 | CODE | | A078662334 |
| ABDUL BAREED | | SERVICE CENTER | PAGE |
| c/o CHARLES   NICHOL | | TSC | 1 of 1 |
| LAW OFFICES OF CHA | | | |
| 350 SANSOME STREET SUITE 620 | | | |
| SAN FRANCISCO, CA 94104 | | | |

BIOMETRICS PROCESSING STAMP

ASC SITE CODE:   _YFC_
BIOMETRICS QA REVIEW BY:
_823406_  ON  _11-17-05_
TENPRINTS QA REVIEW BY:
_823406_  ON  _11-17-05_

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.
**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION.  IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | |
|---|---|
| USCIS SANTA ROSA | |
| 1401 GUERNEVILLE RD | **DATE AND TIME OF APPOINTMENT** |
| SUITE 100 | 11/17/2005 |
| SANTA ROSA, CA 95403 | 10:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

## REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:   ☐ Wednesday afternoon   ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice.  Please mail your request to:

USCIS SANTA ROSA
1401 GUERNEVILLE RD
SUITE 100
SANTA ROSA, CA 95403

**APPLICATION NUMBER 1**
I485  -  LIN0220454078

If you have any questions regarding this notice, please call 1-800-375-5283.

## WARNING!

Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.
If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.

# Exhibit 7



**U.S. Department of Homeland Security**
Texas Service Center
P.O. Box 851488
Mesquite, TX 75185-1488

## U.S. Citizenship and Immigration Services

Wednesday, November 15, 2006



ABDUL KAREEM SHAIK BAREED
2851 REDWOOD PARKWAY APT 1509
VALLEJO CA 94591

Dear Abdul Kareem Shaik Bareed:

On 10/16/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | LIN-02-204-54078 |
| **Beneficiary (if you filed for someone else):** | Bareed, Abdul, Kareem Shaik |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

LIN-02-204-54078 The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open. Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

xm0348

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

US. CIS - 11-15-2006 07:25 PM EST - LIN-02-204-54078

# Exhibit 8

To                                              Date:12/12/06

    U.S.Department of Homeland Security
    Texas Service Center
    P.O.Box.851488
    Mesquite,TX 75185-1488

From

    Abdul Kareem Shaik Bareed
    2851-Redwood Pkwy , Apt # 1509
    Vallejo, CA 94591

Dear Sir/Madam,

## SUB : INFORMATION ABOUT CASE RECEIPT #LIN-02-204-54078

Please refer the above , I would like to inform you that why my background checks still remains open, at the time of fingerprint I lived in Newyork and I came from Newyork to California to give my fingerprint on 11/17/05(ASC Appointment Notice Attached), after the month of December 2005 I moved back to California for permanently to reside.

Due to the above reason I believe that  my background checks still pending in the State of Newyork , therefore I kindly suggest you to send me a another fingerprint schedule in order to you guys make decision on my case.

Thanking you in advance for your kind co-operation in this matter and I am waiting for your prompt reply in this matter, and  if you feel this letter is not make any sense, Please kindly apologies me and ignore this letter.

I have attached copies of all documents ,for your kind  perusal.

Yours truly,

Abdul Kareem Shaik Bareed

# Exhibit 9



**U.S. Department of Homeland Security**
Texas Service Center
P.O. Box 851488
Mesquite, TX 75185-1488

## U.S. Citizenship and Immigration Services

Friday, June 8, 2007

ADBUL BAREED
2851 REDWOOD PARKWAY, APT. 1509
VALLEJO CA 94591

Dear Adbul Bareed:

On 05/30/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | lin-02-204-54078 |
| **Beneficiary (if you filed for someone else):** | Bareed, Adbul |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.

XMO 217

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

# Exhibit 10



**U.S. Department of Homeland Security**
Texas Service Center
P.O. Box 851488
Mesquite, TX 75185-1488

## U.S. Citizenship
## and Immigration
## Services

Monday, June 25, 2007

ABDUL KAREEM SHAIK BAREED
2851 REDWOOD PARKWAY, APT. 1509

VALLEJO CA 94591

Dear Abdul Kareem Shaik Bareed:

On 05/02/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | LIN-02-204-54078 |
| **Beneficiary (if you filed for someone else):** | Bareed, Abdul, Kareem Shaik |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 3 months of this letter, please call customer service at the number provided below.

XMO 217

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 06-25-2007 12:11 PM EDT - LIN-02-204-54078

# Exhibit 11

# FAX SHEET

Date :06/11/07

From,

Abdul Kareem Shaik Bareed **(A-78 662 334)**
1509. Redwood Pkwy, Apt#1509
Vallejo, CA 94591
Tel: (707) 853-9245, Fax: (707) 254-9480

To,

**Service Director** KIND-ATTN: EVELYN UPCHURCH

USCIS-Texas Service Center
Mesquite, TX 75185-1488
Fax: (214) 962-2632

Dear Respected Sir/Madam,

### SUB : LIN –02-204-54078, I-485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS

Please refer the above, I would like to inform you that, I filed my above application at Nebraska Service Center on June 7th 2002,and it's been transferred to your service center (Texas Service Center) in Aug 25th 2005 which you can refer the file, and also I have attached copy of Transfer Notice for your easy reference.

I received a Notice of Action for **"Request for Initial Evidence"** on Sept 20th 2005,and I received my second Notice of Action for **"Finger Print"** on Sept 29th 2005,copies attached for your easy reference, once I comply the requirements I submit all the above thru my attorney Mr. Charles E.Nichole, I received a e-mail notification on Dec 28th 2005,as a receipt of the above which is dated Dec 28th 2005(copy attached).

In Oct 16th 2006 I called Customer Service to find out my case status, after a month later I received a letter from your service center dated on Nov 15th 2006,stated that my case processing was delayed, because my background checks pending (copy attached). Also that letter advised me to contact after six month for further follow up.

In Dec 12th 2006, I wrote a letter to your service center, explained that at the time of my fingerprints taken I leaved in New York city and I came from New York city to California to give my fingerprints, I believed that might be the reason for my background checks remain open, but I did not receive any feedback from your service center! In before end of the Dec2006, I check my case status in online, after receipt of my letter the information about my case has been changed which I have submitted my request for evidence on Dec 21st 2006? I was shocked! because I submitted the same in the year of Dec 2005.

1

In the month of Jan 2007 and Mar 2007, I made a appointment thru info pass to speak to immigration officers in San Francisco and Sacramento, they also said we don't know why your case take that long and they were engaged me to call customer service more often.

On Apr 25th 2007, I spoke to customer service representative again, she gather my whole information and she told me that, she is going to send a service request about my case and she gave me a Ref No. Which is **T1B122070244NSC?** In May 28th 2007 again called customer service she also gave me a Ref No. Which is **T1I1500702094NSC?**

In the last 4 moths from Jan to Apr, I keep on calling customer service but there is no any good answer for my request, on June 8th 2007, I spoke to one of the customer service representative her name called Veronica, and she told me to send a fax to your attention with a whole history of my case, therefore I wrote this letter to you for your kind attention about my case.

I consult with different immigration attorney about my current situation, he advised me to re-apply my application again with one of the service center, if I do so my case would processed immediately, and also he told me that USCIS might lost my data, that is the reason that USCIS unable to process my case, therefore could you please advice me whether I can re-apply my application, in order to my case to be processed immediately.

From the beginning, I provided all the information to you about my case, so kindly consider my case as a humanitarian basis and please do the needful about my case and please reply me at least something by writing, because I was distressed very much, because the people who applied after me in2003, 2004 and 2005, they got their status changed!

Thanking you in advance for your kind co-operation and your prompt reply in this matter.

Yours truly,

Abdul Kareem Shaik Bareed

CC    : **SERVICE DIRECTOR**
        **USCIS-NEBRASKA SERVICE CENTER**
        **Fax: (402)-219-6171**

2

# Exhibit 12

Law Office of Charles E. Nichol
350 Sansome Street, Suite 620
San Francisco, CA 94104
Tel: (415) 362-4088
Fax: (415) 362-7402

June 13, 2007

Department of Homeland Security
U.S. Citizenship & Immigration Services
Texas Service Center
P.O. Box 851488
Mesquite, TX 75185-1488

Re: **Abdul Kareem SHAIK-Bareed, A78-662-334**
**LIN-02-204-54078**
**Asylee Adjustment Inquiry Letter**

Dear Sir or Madam:

Our office represents the above named individual. Mr. Shaik-Bareed was granted Asylee status since March 28, 2001 and filed an Asylee Adjustment Application (Form I-485) on May 10, 2002.

Since filing the application, Mr. Sheik-Bareed has taken his fingerprints several times. On December 21, 2006, Mr. Shaik-Bareed complied with a request for evidence.

Mr. Shaik-Bareed has called the National Customer Service many times for a case update. Each time, the representative has told him that he will receive a decision withing the next forty-five days.

According to the processing dates calendar, the Texas Service Center is adjudicating cases received on August 1, 2003. Since it has been over five years, we would appreciate adjudication on his adjustment application as soon as possible.

If you should need any additional information, contact the office at the above listed address. Thank you.

Sincerely,

*Charles E. Nichol*

Charles E. Nichol
Attorney at Law

# Exhibit 13

# THE UNITED STATES OF AMERICA

| **RECEIPT NUMBER**<br>LIN-07-204-52402 | **CASE TYPE** I485    APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS | |
|---|---|---|
| **RECEIVED DATE**<br>July 10, 2007 | **PRIORITY DATE** | **APPLICANT**   A078 662 334<br>SHAIKBAREED, ABDUL K. |
| **NOTICE DATE**<br>July 10, 2007 | **PAGE**<br>1 of 1 | |

| | |
|---|---|
| CHARLES E. NICHOL<br>LAW OFFICE OF CHARLES E NICHOL<br>350 SANSOME STREET SUITE 620<br>SAN FRANCISCO CA 94104 | Notice Type:   Receipt Notice<br><br>Amount received: $ 395.00<br><br>Section: Asylee adjustment |

**Receipt Notice-** This notice confirms that USCIS received your application or petition ("this case") as shown above. If any of the above information is incorrect, please immediately call 800-375-8283 to let us know. This will help avoid future problems.

This notice does not grant any immigration status or benefit. It is not even evidence that this case is still pending. It only shows that the application or petition was filed on the date shown.

**Processing time -** Processing times vary by kind of case. You can check our website at www.uscis.gov for our current "processing times" for this kind of case at the particular office to which this case is or becomes assigned. On our website's "case status online" page, you can also view status or sign up to receive free e-mail updates as we complete key processing steps on this case. During most of the time this case is pending, however, our systems will show only that the case has been received, and the processing status will not have changed, because we will be working on other cases that were filed earlier than this one. We will notify you by mail, and show in our systems, when we make a decision on this case or if we need something from you. If you do not receive an initial decision or update from us within our current processing time, check our website or call 800-375-5283. Please save this notice, and any other notice we send you about this case, and please make and keep a copy of any papers you send us by any means, along with any proof of delivery to us. Please have all these papers with you if you contact us about this case.

**If this case is an I-130 Petition -** Filing and approval of a Form I-130, Petition for Alien Relative, is only the first step in helping a relative immigrate to the United States. The beneficiaries of a petition must wait until a visa number is available before they can take the next step to apply for an immigrant visa or adjustment of status to lawful permanent residence. To best allocate resources, USCIS may wait to process forms I-130 until closer to the time when a visa number will become available, which may be years after the petition was filed. Nevertheless, USCIS processes forms I-130 in time not to delay relatives' ability to take the next step toward permanent residence once a visa number does become available. If, before final action on the petition, you decide to withdraw your petition, your family relationship with the beneficiary ends, or you become a U.S. citizen, call 800-375-5283.

**Applications requiring biometrics-** In some types of cases USCIS requires biometrics. In such cases, USCIS will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must WAIT for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are: a passport or national photo identification issued by your country, a drivers license, a military photo identification, or a state-issued photo identification card. If you receive more than one ASC appointment notice, even for different cases, take them both to the first appointment.

**If your address changes-** If your mailing address changes while your case is pending, call 800-375-5283 or use the "Online Change of Address" function on our website. Otherwise, you might not receive notice of our action on this case.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. CITIZENSHIP & IMMIG SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 800-375-5283**



Form I-797C (Rev. 01/31/05) N

# Exhibit 14

I-797C, Notice of Action

## THE UNITED STATES OF AMERICA

### ASC Appointment Notice

| | APPLICATION NUMBER LIN0720452402 | | NOTICE DATE 8/1/2007 |
|---|---|---|---|
| CASE TYPE 1485 Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A# A078662334 | CODE 3 |
| | TCR | SERVICE CENTER NSC | PAGE 1 of 1 |

ABDUL KAREEM SHAIKBAREED
c/o CHARLES NICHOL
350 SANSOME STREET STE 620
SAN FRANCISCO, CA 94104



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

**APPLICATION SUPPORT CENTER**

USCIS SANTA ROSA
1401 GUERNEVILLE RD
SUITE 100
SANTA ROSA, CA 95403

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**

**DATE AND TIME OF APPOINTMENT**
08/23/2007
11:00 AM

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

### REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS SANTA ROSA, 1401 GUERNEVILLE RD, SUITE 100, SANTA ROSA, CA 95403

APPLICATION NUMBER :
I485 . LIN0720452402



If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797C (Rev. 01/31/05) N

# Exhibit 15

**U.S. Department of Homeland Security**
Texas Service Center
P.O. Box 851488
Mesquite, TX 75185-1488



**U.S. Citizenship
and Immigration
Services**

Saturday, October 6, 2007

**ADBUL BAREED**
2851 REDWOOD PARKWAY, APT. 1509

VALLEJO CA 94591

Dear Adbul Bareed:

On 08/27/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | lin-02-204-54078 |
| **Beneficiary (if you filed for someone else):** | Bareed, Adbul |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

XM286

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

# Exhibit 16

Date : 10/09/07

From

**Abdul Kareem Shaik Bareed (A-78 662 334)**
2851- Redwood Pkwy #1509
Vallejo,  CA 94591
Tel : (707)853-9245, Fax : (707) 254-9480

To

**Evelyn Upchurch(Service Center Director)**
U.S Department of Homeland Security
Texas Service Center
P.O.Box 851488
Mesquite TX 75185-1488

Dear Madam,

### <u>RE : I-485 PENDING SINCE FROM DEC 2005<br>RECEIPT NO.LIN02-2045-4078</u>

Further to my several telephone and fax service request to find out my case status at your
Service Center and I have been receiving different  letters stating that different
information that I will  receive a decision after six month , the one that I received dated
on June 25th 2007,(copy attached) that within three months I would receive a decision ,so
for I did not receive neither my Green card nor any Approval Notice.

I also want to notify again  that I have completed my Initial Evidence request on Nov
2005 and your service center received on Dec 28th 2005.

Therefore I kindly request you to look over my case personally  and , please do the
needful action to approve my case , I was distressed because the people who applied after
me they all got their green card in their hand.

Your faithfully

Abdulkareem Shaik Bareed

# Exhibit 17

**DHS FORM NO.7001 DESCRIPTION OF CASE PROBLEM PERTAINING TO RECEPIT NO # LIN-02-204-54078**

I applied my I-485 Application to Adjust to Permanent Resident Status on June 2002, thru my attorney Mr.Charles E.Nichol, and I received my first fingerprint notice in June 5, 2004, and I received Transfer Notice on Aug 25,2005, which is explained that my case was transferred to Texas Service Center (copies attached).

When I got above notice that time I was in New York , in Nov 2005 I received call from my attorney told me that I got a fingerprint notice and also Request for Evidence(copy attached) ,accordingly I came to California and I complete the formalities (copies attached) once I submit my all of my paper work to my attorney he submit the same to USCIS Texas Service Center and I received e-mail confirmation for the receipt of the above (copy attached) that they received my request for evidence documents on Dec 28,2005

During the year of 2006 I made few telephonic service request and they keep on told me that my case was delayed because my background checks still pending, therefore I wrote a letter to Texas Service Center to explain them that at the time fingerprint and Medical exam process I was in New York , upon receipt of my inquiry letter they update my case status as they received my request for evidence in Dec 21,2006.

In Dec 2006, I called FBI to check my background check status in Virginia and they told me that the information no longer to be provided to applicant I should contact the concerned agency.

This year again I made several telephonic service request and I receiving the same type of letters that mentioning that my back ground checks was pending , when I call National Customer Service center in June 2007, the customer service representative give me a fax No for concerned service center and she advised me to put a writing request attention to service director, accordingly I send a fax ,but I didn't received any reply for my fax (copy attached).

In April and June 2007, I got info pass appointment to see a immigration officers in San Francisco and Sacramento field office, but I do not get any kind of help from them because they told me to contact service center .

In July 2007 I consult with my attorney and he told me to re-apply the I-485, accordingly I send my application with filing fee to Nebraska Service Center after month later they send a receipt notice I-797 (copy attached)and after 2 weeks I received fingerprint notice for the same and I complete my fingerprint formalities accordingly.(copy attached).

Therefore I kindly request you to do the needful action to my case to be adjudicated ,and I highly appreciate in advance for your kind help in this matter.

OMB No. 1615-0103; Exp. 11/30/07

Department of Homeland Security
Citizenship and Immigration Services Ombudsman

## Case Problem Submission Worksheet
## (CIS Ombudsman Form DHS-7001)

**NOTE:** Please read the attached instructions before submitting this worksheet. In completing this worksheet, the **"subject"** refers to the person whom the inquiry is about. In submitting your inquiry, please provide as much information as possible. Places requiring your signature are indicated with the  symbol.

| 1. Name of subject. The person this case problem is about who is seeking the immigration benefit. | First Name: ABDUL | Middle Name: KAREEM | Last Name: SHAIK BAREED |
|---|---|---|---|

| 2. Contact information. The contact information of the person the case problem is about. If you are submitting this form for someone else, complete number 14 | Street Address: 55- VALLE VISTA AVE | | Apartment/Suite: 906 | City: VALLEJO | State/Province: CALIFORNIA |
|---|---|---|---|---|---|
| | County: USA | Zip Code: 94590 | E-Mail Address: shaikbareed@gm | Phone Number: (with Area Code) (707) 853-9245 | Fax Number: (with Area Code) (707) 254-9480 |

| 3. Subject's date of birth. Please indicate in the following format: (mm/dd/yyyy). | Date of Birth: (mm/dd/yyyy)  05/03/1968 |
|---|---|

| 4. Subject's country of birth and citizenship. | Country of Birth: INDIA | Country of Citizenship: INDIA |
|---|---|---|

| 5. Alien or "A" number. The "A" number appears in the following format: A123-456-789. NOTE: Not every person is assigned an "A" number by USCIS. If you do not have an "A" number, leave this section blank. | A Number:  **A** 78662334  *Tip:* Your "A" number can be found on many USCIS documents including your work permit. |
|---|---|

| 6. Type of case problem. Check all that apply. | I am an: **a.** ☒ Individual; **b.** ☐ Employer; |
|---|---|

| 7. Person preparing this form: Please indicate who is filing this case problem. | I am: **a.** ☒ The person this case problem is about who is seeking the immigration benefit; **b.** ☐ An organization on behalf of an individual; **c.** ☐ An attorney/representative; **d.** ☐ Other (Explain fully); |
|---|---|

| 8. Applications/Petitions filed: List all applications or petitions pending with USCIS that pertain to your case problem. | Date Application/Petition was received by USCIS: 06/07/2002 | USCIS Form Number: I-485 | USCIS Name of Form: APPLICATION TO REGIS...... |
|---|---|---|---|
| | Date Application/Petition was received by USCIS: | USCIS Form Number: | USCIS Name of Form: |
| | Date Application/Petition was received by USCIS: | USCIS Form Number: | USCIS Name of Form: |
| | *Tip:* List all forms that are the subject of this case problem. E.g.: If you are filing for a Green Card and are experiencing a problem with your work permit application that was submitted with your Green Card application, list both Forms I-485 (Application Adjustment of Status) and I-765 (Application for Employment Authorization Document) above. | | | |

| 9. Receipt Number. Please do not include dashes between the characters. | Receipt Number: LIN-02-204-54078  *Tip:* Your receipt number is located in the top left hand corner of your Notice of Action (USCIS Form I-797). |
|---|---|

| | | |
|---|---|---|
| **10. Immigration status or interim benefit applied or petitioned for:** <br> The subject of the case problem is applying for immigration status: | **a.** ☐ As a Nonimmigrant (e.g. extension of a stay for a visitor for pleasure-business, change of status to student, fiance/e, temporary worker, Temporary Protected Status (TPS) etc.) | Category: (e.g.: H-1B1, J2, F1, L1A) |

**b.** ☒ As an Immigrant (often called "Green Card" application) based on:
- **i.** ☐ A marital relationship of less than two years;
- **ii.** ☐ A marital relationship of more than two years;
- **iii.** ☐ A family relationship and is the parent, child, brother/sister, etc. of the sponsor;
- **iv.** ☐ An employment relationship and is the (future) employee or the spouse of child of the principle (future) employee;
- **v.** ☒ Refugee/Asylum;
- **vi.** ☐ Other;

**c.** ☐ For Citizenship or Naturalization;

**d.** ☐ For Refugee/Asylum;

**e.** ☐ For Interim Benefits (Work Permit/Travel Document, etc.)  Type:
- **i.** ☐ Employment Authorization Document (e.g.: Work Permit)    Work Permit Category:
- **ii.** ☐ Advance Parole Document (Travel Document);

**f.** ☐ Other (Application for Waiver, Replacement Document, etc.)  Type:
- ☐ Waiver (I-601/I-212): _____
- ☐ Replacement of a Document
  - ☐ Citizenship Certificate
  - ☐ Naturalization Certificate
  - ☐ Permanent Resident Card
  - ☐ Other:
- ☐ Other:

| | |
|---|---|
| **11. Source of case problem:** <br> Check all that apply. Provide a description in Number 12 below, Description of Your case problem. | **a.** ☐ I am facing or am about to face an immediate adverse action or impact, an emergency or any other type of significant hardship, caused by an action/inaction/delay in processing by USCIS, or a problem that could not be resolved through the normal processes provided for by the USCIS; <br> **b.** ☒ I am experiencing processing delays with a case that are beyond anticipated processing times; <br> **c.** ☐ I am incurring or am about to incur significant and unusual costs (including fees for professional representation that are not normally incurred); <br> **d.** ☒ I have brought this case problem to the attention of USCIS and have not received a response or resolution within the anticipated time frames; <br> **e.** ☐ Other (specify): |
| **12. Description of your case problem:** <br> Describe the case problem you are experiencing with USCIS. Attach additional pages if needed. | PLEASE SEE THE ATTACHED SHEET |

**13. Prior actions taken to remedy the problem:**

Check all that apply:

a. ☒ Contacted my attorney/representative who is representing me regarding this issue for assistance (if represented);

b. ☒ Visited USCIS Case Status Service Online at http://www.uscis.gov.

c. ☒ Contacted the National Customer Service Center (NCSC) for information and/or assistance regarding this case at their toll-free telephone number 1-800-375-5283.

d. ☒ Contacted the following government department/agency for assistance:

FBI

e. ☐ Contacted the following congressional representative for assistance:

---

**14. Designated Attorney/ Representative:**

Please complete this section if you are an attorney, organization or designated representative who is submitting this case problem.

If you are the beneficiary of a pending petition and have obtained consent from the petitioner (see Number 15), check box 3, sign and date.

| First Name: | Middle Name: | Last Name: |
|---|---|---|

| Street Address: | Apartment/Suite: | City: | State/Province: |
|---|---|---|---|

| County: | Zip Code: | E-Mail Address: | Phone Number: (with Area Code) | Fax Number: (with Area Code) |
|---|---|---|---|---|

1. ☐ I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or the highest court of the following State, territory, insular possession, or District of Columbia and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

State of Admission:                    Name of Court:

2. ☐ I am an accredited representative of the following named religious, charitable, social service or similar organization established in the United States and recognized by the Board of Immigration Appeals pursuant to 8 CFR 292.1.

3. ☐ I am the beneficiary of a pending petition and the petitioner is consenting to the release of information about a pending case to me.

4. ☐ Other (Explain fully):

5. ☐ I have submitted a USCIS Form G-28 as the attorney/representative for the application/petition for which case problem is being submitted.

Signature of Attorney/Representative:                    Date (mm/dd/yyyy):

---

**15. Consent:**

If you are the beneficiary of a pending petition, and you are not a lawful permanent resident or U.S. citizen, the petitioner must sign here to give consent to the release of his or her information.

Pursuant to 5 U.S.C. Section 552(b), I authorize U.S. Citizenship and Immigration Services and CIS Ombudsman to release any and all information relating to me to: [Print or Type Name]. I declare under the penalty of perjury that the foregoing is true and correct.

Signature of Subject:

| Print Subject's Name: | Date (mm/dd/yyyy): |
|---|---|
| ABDUL K.BAREED | 11/02/07 |

---

**16. Verification:**

This item should be signed and completed by the subject of the inquiry.

I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct, and that I am the subject of the inquiry and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under the false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000. Further, pursuant to 5 U.S.C. Section 522a(b), I authorize U.S. Citizenship and Immigration Services and CIS Ombudsman to release any and all information relating to me to : [Print or Type Name].

Signature of Subject:

| Print Subject's Name: | Date (mm/dd/yyyy): |
|---|---|
| ABDUL K.BAREED | 11/02/07 |

| 17. Declaration: If you are an attorney or representative, you should sign your name. Otherwise, the subject should sign his or her name. | I delcare that I have prepared this document at the request of the person named in Number 14 and that the responses are based on all information of which I have knowledge. | |
|---|---|---|
| | Signature of Representative: | Print Subject's or Attorney/Representative's Name: |
| | Title (if applicable): | Date (mm/dd/yyyy): |

| 18. Submission: Case problems may be sent via regular mail or courier service to the following addresses: | Send your completed information to: **Via Regular Mail:** Citizenship and Immigration Services Ombudsman Department of Homeland Security Mail Stop 1225 Washington, D.C. 20528-1225 **Via Courier Mail:** U.S. Citizenship and Immigration Services Ombudsman Department of Homeland Security 245 Murray Lane Washington, D.C. 20528-1225 |
|---|---|

# Exhibit 18

*Office of the*
*Citizenship and Immigration Services Ombudsman*

**U.S. Department of Homeland Security**
Mail Stop 1225
Washington, D.C. 20528-1225



# Homeland Security

November 20, 2007

Mr. Abdul Kareem Shaik Bareed
55 Valle Vista Ave, Apartment 906
Vallejo, CA 94590-3141

Dear Mr. Shaik Bareed:

Thank you for your recent inquiry regarding your immigration issue.

Upon receipt of your information, the office of the Citizenship and Immigration Services Ombudsman (CIS Ombudsman) initiated a formal inquiry with the U.S. Citizenship and Immigration Services (USCIS). USCIS should issue a response to you within forty-five (45) days. If you do not receive a response within this period, please notify our office.

Please be aware that although the office of the CIS Ombudsman collaborates with USCIS, it is an independent entity within the Department of Homeland Security (DHS). The office of the CIS Ombudsman is charged with assisting individuals who experience difficulties with the USCIS benefits process. Additionally, the office of the CIS Ombudsman is dedicated to identifying systemic problems in the immigration benefits process, and to recommending solutions to USCIS. Therefore, the concerns you raised in your letter will be considered as our office develops recommendations to improve USCIS' administrative practices.

Once again, thank you for contacting the office of the CIS Ombudsman, and for giving us the opportunity to serve you.

Sincerely,

Prakash Khatri
Ombudsman

PIK/bh

**Email: cisombudsman@dhs.gov**          **Web: http://www.dhs.gov/cisombudsman**

# Exhibit 19



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Domestic Operations Directorate
Washington, DC 20529

**U.S. Citizenship
and Immigration
Services**

HQCIS 181/48.2-C

Mr. Abdul Kareem Shaik Bareed
Apartment 906
55 Valle Vista Avenue
Vallejo, CA 94590-3141

FEB 26 2008

Dear Mr. Bareed:

Thank you for your Case Problem Submission Worksheet dated November 2, 2007, to the U.S. Citizenship and Immigration Services (USCIS), Ombudsman Office concerning your pending Form I-485, Application to Register Permanent Residence or Adjust Status. The Ombudsman's Office forwarded your Case Problem Submission Worksheet to the Customer Assistance Office (CAO) for a response. We have assigned it case # 737734.

We understand the concern that prompted you to write and the frustration this process may be causing you. Based on the information provided, a search was conducted on Alien File Number 078-662-334. Our office contacted the Texas Service Center making them aware of your concerns. We have been informed that your background checks have cleared and that this case is currently under Pre-Decisional review by a District Adjudication Officer with the Texas Service Center. They are actively pursing a resolution on this case. The Texas Service Center will notify you by mail when they make a decision. Additionally we cannot give an exact date for completion of this review at this time.

Please understand that these reviews are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the reviews are completed.

Additionally, please be mindful the Immigration law is a very complex issue and there are not any simple or fast solutions that will please everyone.

We appreciate your continued patience. If you need additional assistance or filing instructions, we invite you to contact the USCIS National Customer Service Center at 1-800-375-5283 or visit our web site at www.uscis.gov.

We trust this information if helpful.

Sincerely,

Angela L. Garner, Supervisor
Customer Assistance Office
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security
mrw

# Exhibit 20

# Case Status Search

Receipt Number:    LIN0220454078

Application Type:    I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO
ADJUST STATUS

Current Status:
Response to request for evidence received, and case processing has resumed.

On December 21, 2006, we received your response to our request for evidence. We will notify
you by mail when we make a decision or if we need something from you. If you move while this
case is pending, call customer service. You should expect to receive a written decision or written
update within 60 days of the date we received your response unless fingerprint processing or an
interview are standard parts of case processing and have not yet been completed, in which case
you can use our processing dates to estimate when this case will be done. This case is at our
TEXAS SERVICE CENTER location. Follow the link below to check processing dates. You can
also receive automatic e-mail updates as we process your case. Just follow the link below to
register.

_____

If you have a question about case status information provided via this site, or if you have not
received a decision from USCIS within the current processing time listed, please contact the
USCIS Customer Service at (800) 375   5283 or 1-800-767-1833 (TTY).

# Exhibit 21

Date : 03/27/2008

From,

    Abdul Kareem Shaik Bareed
    55-Valle Vista Ave # 906
    Vallejo, CA 94590
    TEL : 707-853-9245,FAX : 707-254-9480

To,    Honorable Director : Evelyn Upchurch
    Department of Homeland Security
    U.S.Citizenship&Immigration Services
    Texas Service Center
    P.O.Box .851488
    Mesquite, TX 75185-1488

Dear Evelyn Upchurch,

## SUB : LIN –02-2045-4078

Please refer above my receipt notice number ,I have been waiting and be patient since from Nov 2005 almost 2 years 3 months because one day my dream come true, unfortunately I was frustrated by situation and I was agitated lot of time due to delay of my case processing , in several times I try to control my feelings but I could not, I was cried lot in several times when I am alone at my work or home because of the situation I had right now , before I wrote this letter I was analyze with my mind that I am doing right and I could share my feelings to you ,and finally I come to the conclusion because this is the human nature therefore I write this letter for your kind consideration and I hope you will honor my feelings.

I made a service request in Jan 7th 2008, and the Immigration officer told me that my back ground check was cleared and would send a service request for, why my case was not adjudicated and she gave me the reference number which is **LOS 0070805464NSC** , On March 12th 2008 I called customer service to find out the response for the same she told me that she couldn't see any prior service request on the system and she gave me another reference number for second request which is **T1I0720802049NSC,** so can you please advice me whether I can expect response for the fist one or not

Thanking you in advance for your kind co-operation in this matter and I kindly request you to reply me by return fax when my dreams come true, If I wrote anything wrong please apologies for me that .

Yours truly,

Abdul Kareem Shaik Bareed

ATTACHED : Copy of letter from Customer Assistance office

# Exhibit 22

# GMail
*by Google* BETA

ABDUL BAREED <shaikbareed@gmail.com>

# INQUIRY ABOUT I-1485 PENDING AGAINST RECEIPT #LIN-02-204-54078

ABDUL BAREED <shaikbareed@gmail.com>                                    Fri, Mar 28, 2008 at 7:03 PM
To: Asylum.tsc@dhs.gov

FROM : ABDUL KAREEM SHAIK BAREED
ALEIN # A078662334
RECEIPT # LIN-02-204-54078

Dear Sir/Madam,

Pls refer the above receipt no,i would like to bring forward some infromation about my case pending to your kind attention,I applied my application at Nebraska Service Center in June 2002, and i got a fingerprint notice in July 2004, after year later i receievd a notice from Nebraska Service center that i my case was transfered to Texas Service Center for speed processing purpose, and then i received finger print notice and request for evidence in Oct 2005 and i complete the formalities and submit them back thru my attorney in Dec 2005, i got a conformation e-mail from USCIS that received a request for evidence (copy available upon request).

In 2006 i made several inquries over the phone and i keep on received information that my background checks still pending ,i wrote a letter in Dec 2006 , after they received my letter and they update my case status information that they received my request for eveidence in Dec 21st 2006 which is false information, after that i repeat the same every three months i called USCIS and i received the same information, in 2007 when i spoke to one of the customer rep suggest me to re-apply I-485 again at Nebraska Service Center and i received fingerprint notice for the same ,but i did mention my previous receipt number ,but i received new receipt number which is LIN-07-204-52404, I thought they would adjudicate my first one due to re-apply but nothing happened and they consider as a new application, i was very upset and distressed by this situation and still i am.

In Nov 2007 i found the information friom the web that i could submit my case process problem with CIS Ombudsman at Homeland Security and they responded my application and finally i got a letter from Case Assistance office stating that they investigated my case and my back ground checks was cleared but they don't know when my case would adjudicated,before i received this letter i made telephone inquiry in Jan 2008, the immigration officer told me the same that my background checks cleared and she told me that she will put a service request for the delay and i did not received any response for the request which is against ref # LOS0070805464NSC, and i called national customer service again on March12th 2008 to find out the response , the representative told me she couldn't find the reference and she going to put me another request which is T1l0720802049NSC.

I send several fax request in 2006,2007 and i did a last one on March 27th 2008, i did not received any kind of response i don't know why,because some people do the same way they get adjudicated or replied in proper manner, i was very frustrated and i was more stressfull now than before, due to this situation , i called national customer service center today to find out the status because i did not received any response for my fax, he gave me this e-mail id to contact, therefore i contacting you to find a solution for my situation and i kindly request you to look in to it my case and please arrange to adjudicate my case and it would be highly appreciated and i never forget you in my life , or reply me when will be adjudicated, you may thing why i am writing letter like this because the reason the people who applied after me in 2003,2004,2005,2006 got green card on thier hand,mentally i was very disturbed due to delay.

Thanking you in advance for your kind co-operation in this matter, if you need any paper work i could send them immediately ,please help me and i hoping at least i would get helped thru this option.

yours truly
Abdul K.Bareed


INS.doc
21K

# Exhibit 23

# Gmail
BETA

ABDUL BAREED <shaikbareed@gmail.com>

# INQUIRY ABOUT I-1485 PENDING AGAINST RECEIPT #LIN-02-204-54078

TSC, ASYLUM <asylum.tsc@dhs.gov>                          Mon, Mar 31, 2008 at 7:20 AM
To: ABDUL BAREED <shaikbareed@gmail.com>

Your case is pending security checks.

**TSC Asylum Duty Officer.**

**From:** ABDUL BAREED [mailto:shaikbareed@gmail.com]
**Sent:** Fri 3/28/2008 9:03 PM
**To:** TSC, ASYLUM
**Subject:** INQUIRY ABOUT I-1485 PENDING AGAINST RECEIPT #LIN-02-204-54078

[Quoted text hidden]

# Exhibit 24

 

ABDUL BAREED <shaikbareed@gmail.com>

# INQUIRY ABOUT I-1485 PENDING AGAINST RECEIPT #LIN-02-204-54078

**ABDUL BAREED <shaikbareed@gmail.com>**                                    **Mon, Mar 31, 2008 at 11:07 AM**
To: "TSC, ASYLUM" <asylum.tsc@dhs.gov>

Dear Duty Officer,

Please note when i called National Customer Service in Jan 8th 2008, the lady cofirmed me that my back ground checks has been cleared and she told me that she would put a service request for the delay and i haven't got any response either, please advice me why mine was still pending.

Tks&rgds
Abdul K.bareed

[Quoted text hidden]

# Exhibit 25

 ABDUL BAREED <shaikbareed@gmail.com>

# INQUIRY ABOUT I-1485 PENDING AGAINST RECEIPT #LIN-02-204-54078

**TSC, ASYLUM <asylum.tsc@dhs.gov>**                        Mon, Mar 31, 2008 at 11:43 AM
To: ABDUL BAREED <shaikbareed@gmail.com>

As previously stated, your case is pending; should additional information be required, you will be notified via mail.

**TSC Asylum Duty Officer.**

**From:** ABDUL BAREED [mailto:shaikbareed@gmail.com]
**Sent:** Mon 3/31/2008 1:07 PM
**To:** TSC, ASYLUM
**Subject:** Re: INQUIRY ABOUT I-1485 PENDING AGAINST RECEIPT #LIN-02-204-54078

[Quoted text hidden]

# Exhibit 26

# LAW OFFICE OF
# MANPREET SINGH GAHRA

*Manpreet Singh Gahra, Esq.*
*Ajai Mathew, Esq.*

April 12, 2008

District Director
U.S. immigration and Naturalization Service
Texas Service Center
P.O. Box 851488 – Dept. A
Mesquite, TX 75185-1488

Re : Abdul K. BAREED ( A# 78-662-334)

### Subject : **Pending Form I-485, Application to Adjust Satus to Permanent Resident Status , LIN  02-204-54078**

Dear Sir/Madam :

My office has been recently retained by Mr. Abdul Bareed to represent him in his pending adjustment of status application, Form I-485, based on grant of asylum to him. My Form G-28 is enclosed.

Mr. Bareed filed his adjustment of status application in June 2002 with the Nebraska Service Center. His application was transferred to Texas Service Center on August 25, 2005 and has been pending ever since. Mr. Bareed has made numerous inquiries with your office directly and also through the National Customer Service Center, but to date he has not been able to get his application for adjustment of status adjudicated.

He has been told during the course of his inquiries that his name check clearance has been received from the FBI and is a matter of time that his case would be adjudicated and on different occasions he has been told that his background checks are still pending. These varying answers from the agency have been a source of confusion and distress to Mr. Bareed,

Clearly, Mr. Bareed's case is way outside the current processing time for such similar applications. At this time we request that in line with the past and recent policies announced by the Service with respect to pending Asylee adjustment of status application, his application be adjudicated immediately, failing which our client will be forced to take this matter before a Federal Judge and file a Writ of Mandamus if we do not hear from you within 14 days of receipt of this letter.

We sincerely hope that your office will accommodate this request and respond at the earliest.

– 2 –

Thank you very much.

Sincerely

Manpreet Singh Gahra, Esq.

# Exhibit 27

MR. MANPREET



U.S. Department of Homeland Security
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

**U.S. Citizenship
and Immigration
Services**

Wednesday, April 23, 2008

ADBUL BAREED
2851 REDWOOD PARKWAY, APT. 1509

VALLEJO CA 94591

Dear Adbul Bareed:

On 03/12/2008 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 06/07/2002 |
| **Receipt #:** | lin-02-204-54078 |
| **Beneficiary (if you filed for someone else):** | Bareed, Adbul |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

XM0210

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

# Exhibit 28



U.S. Citizenship and Immigration Services - Case Status Service Online

Home   Contact Us   Site Map   FAQ

Search   [GO]
Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resources    Press Room

[ Print This Page ]   [ Back ]

# U.S. Citizenship and Immigration Services
## Texas Service Center Processing Dates
## Posted April 15, 2008

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 13-15 months to process.

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

Service Center Processing Dates for **Texas Service Center** Posted April 15, 2008

| Form | Title | Classification or Basis for Filing | Processing Timeframe |
|------|-------|-----------------------------------|---------------------|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | October 18, 2007 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | January 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | February 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | February 15, 2008 |
|  |  |  | February 15, |

| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | 2008 |
|---|---|---|---|
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | March 31, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | March 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | February 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | E - Treaty traders and investors | February 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | March 16, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | February 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | February 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | February 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | February 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | February 15, 2008 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | February 15, 2008 |
| I-131 | Application for Travel Document | All other applicants for advance parole | January 16, 2008 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | July 16, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | July 16, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | July 16, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | July 19, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | July 19, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | July 19, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | July 19, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | July 19, 2007 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | November 27, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | June 29, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | June 25, 2007 |
| I-526 | Immigrant Petition By Alien Entrepreneur | For use by an entrepreneur who wishes to immigrate to the United States | October 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | June 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | June 14, 2007 |

| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | June 14, 2007 |
|---|---|---|---|
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | June 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | June 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | June 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | June 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | June 14, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | March 08, 2007 |
| I-730 | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | April 03, 2007 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | June 30, 2007 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | January 29, 2008 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | March 16, 2008 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | January 29, 2008 |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | January 29, 2008 |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | January 29, 2008 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | January 29, 2008 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | October 04, 2007 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | October 18, 2007 |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) | June 29, 2007 |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) based on PL 107-273 | May 31, 2007 |



Print This Page    Back

# Exhibit 29

# Case Status Search

Receipt Number:    LIN0220454078

Application Type:    I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS

Current Status:
Response to request for evidence received, and case processing has resumed.

On December 21, 2006, we received your response to our request for evidence. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. You should expect to receive a written decision or written update within 60 days of the date we received your response unless fingerprint processing or an interview are standard parts of case processing and have not yet been completed, in which case you can use our processing dates to estimate when this case will be done. This case is at our TEXAS SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

---

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact the USCIS Customer Service at (800) 375   5283 or 1-800-767-1833 (TTY).