1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  Northern District of California
   JOANN M. SWANSON (CSBN 88143)
3  Chief, Civil Division
   MELANIE L. PROCTOR (CSBN 228971)
4  Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
5  San Francisco, CA 94102-3495
   Telephone: (415) 436-6730
6  FAX: (415) 436-7169
   Email:  Melanie.Proctor@usdoj.gov
7  GREGORY G. KATSAS
   Assistant Attorney General
8  Civil Division
   DAVID J. KLINE
9  Director
   Office of Immigration Litigation, District Court Section
10 VICTOR M. LAWRENCE
   Principal Assistant Director
11 Office of Immigration Litigation, District Court Section
   ADAM LAURENCE GOLDMAN
12 Trial Attorney
   United States Department of Justice, Civil Division
13 Office of Immigration Litigation, District Court Section
   Liberty Square Building
14 450 Fifth Street, NW, Room 6224
   Washington, DC 20001
15 Telephone: (202) 616-9131
   FAX: (202) 616-8962
16 Email: Adam.Goldman@usdoj.gov

17 Attorneys for Defendants

18
                    **UNITED STATES DISTRICT COURT**
19
                    **NORTHERN DISTRICT OF CALIFORNIA**
20
                        **SAN FRANCISCO, CALIFORNIA**
21

22 **ABDUL KAREEM SHAIK BAREED**,          )    No. CV-08-2513 (MMC)
                                           )
23         Plaintiff,                      )    INS A#: 78-662-334
                                           )
24     v.                                  )    **STIPULATION TO EXTEND DATES:**
                                           )    ~~PROPOSED~~ **ORDER**
25 **MICHAEL B. MUKASEY**, et. al,         )
                                           )
26         Respondents.                    )
   _____)
27

28

1  On May 16, 2008, Plaintiff filed the above captioned case. The United States Attorney's
2  Office was served on May 21, 2008. It now appears that this case may be resolved
3  administratively within the next sixty (60) days. Accordingly, the parties hereby jointly move,
4  pursuant to the approval of the Court, to modify the scheduling order as follows:

5  Defendant's Answer:          September 19, 2008
6  ADR Certification:           October 8, 2008
7  Case Management Statement:   October 22, 2008
8  Case Management Conference:  October 29, 2008

9  Dated: July 8, 2008                              Respectfully submitted,

10 GREGORY G. KATSAS                                JOSEPH P. RUSSONIELLO (CSBN 44332)
   Assistant Attorney General                      United States Attorney
11 Civil Division                                  Northern District of California
   DAVID J. KLINE                                  JOANN M. SWANSON (CSBN 88143)
12 Director, Office of Immigration Litigation      Chief, Civil Division
   District Court Section
13 VICTOR M. LAWRENCE
   Principal Assistant Director
14 Office of Immigration Litigation
   District Court Section
15
   /s/                                             /s/
16 ADAM LAURENCE GOLDMAN                           MELANIE L. PROCTOR[1]
   Trial Attorney                                  Assistant United States Attorney
17                                                 Attorneys for Defendants
18
   Dated: July 8, 2008                             /s/
19                                                 MANPREET SINGH GAHRA, ESQ.
                                                   Attorney for Plaintiff
20

21                                  ~~PROPOSED~~ ORDER

22      Pursuant to the parties' agreement, IT IS SO ORDERED, with the exceptions that the
   Case Management Conference is continued to October 24, 2008, and the parties shall file a Joint
23 ~~Dated:~~ Case Management Statement no later than October 17, 2008.

24 Dated: July 9, 2008                             /s/ Maxine M. Chesney
                                                   MAXINE M. CHESNEY
25                                                 United States District Judge

26 ─────────────────────

27 [1] I, Melanie Proctor, hereby attest that I have on file all holograph signatures for any signatures
   indicated by a "conformed" signature (/S/) within this efiled document.
28

2