```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  Northern District of California
    JOANN M. SWANSON (CSBN 88143)
 3  Chief, Civil Division
    MELANIE L. PROCTOR (CSBN 228971)
 4  Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
 5  San Francisco, CA 94102-3495
    Telephone: (415) 436-6730
 6  FAX: (415) 436-7169
    Email: Melanie.Proctor@usdoj.gov
 7  GREGORY G. KATSAS
    Assistant Attorney General
 8  Civil Division
    DAVID J. KLINE
 9  Director
    Office of Immigration Litigation, District Court Section
10  VICTOR M. LAWRENCE
    Principal Assistant Director
11  Office of Immigration Litigation, District Court Section
    ADAM LAURENCE GOLDMAN
12  Trial Attorney
    United States Department of Justice, Civil Division
13  Office of Immigration Litigation, District Court Section
    Liberty Square Building
14  450 Fifth Street, NW, Room 6224
    Washington, DC 20001
15  Telephone: (202) 616-9131
    FAX: (202) 616-8962
16  Email: Adam.Goldman@usdoj.gov

17  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| ABDUL KAREEM SHAIK BAREED, | No. CV-08-2513 (MMC) |
| Plaintiff, | INS A#: 78-662-334 |
| v. | STIPULATION TO DISMISSAL: ~~PROPOSED~~ ORDER |
| MICHAEL B. MUKASEY, et. al, | |
| Respondents. | |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff, by and through his
2  attorney of record, and Respondents, by and through their attorney of record, hereby stipulate,
3  subject to the approval of this Court, to dismissal with prejudice of the above-entitled action in
4  light of the fact that on September 10, 2008, the United States Citizenship and Immigration
5  Services adjudicated and rendered a decision on Plaintiff's application for adjustment of status.
6  The parties shall bear their own costs and fees.

Dated: September 18, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
Northern District of California
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-7169
Email: Melanie.Proctor@usdoj.gov
DAVID J. KLINE
Director
Office of Immigration Litigation
District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director
Office of Immigration Litigation
District Court Section

/s/Adam Laurence Goldman
ADAM LAURENCE GOLDMAN
Trial Attorney[1]
Attorneys for Defendants

Dated: September 18, 2008

MANPREET SINGH GAHRA, ESQ.
Attorney for Plaintiff

---

[1] I, Adam Laurence Goldman, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

**ORDER**

Pursuant to the parties' agreement, IT IS SO ORDERED that this case is dismissed with prejudice.

Dated:   September 19, 2008

_____
MAXINE M. CHESNEY
United States District Judge